IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02510-CMA-KLM

MARVIN ARCHULETA,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Joint Motion for Leave to Appear at Scheduling Conference by Telephone Conference Call** [Docket No. 11; Filed January 12, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties are directed to conference together and call Chambers at (303)-335-2770 at the appointed date and time to participate in the Scheduling Conference.

    Dated:  January 12, 2009