**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02510-CMA-KLM

MARVIN ARCHULETA,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 16). The Court, having reviewed the Stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

      DATED: January   28  , 2009

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge